FILED
U.S. District Court
District of Kansas
10/22/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**CLINTON LEE MCKINNEY,**

**Plaintiff,**

**v.** **CASE NO. 26-3348-JWL**

**JEFF ZMUDA,**

**Defendant.**

**MEMORANDUM AND ORDER**

Plaintiff and state prisoner Lawrence D. Marshall brought this pro se civil rights action under 42 U.S.C. § 1983 in September 2026. (Doc. 1.) When Plaintiff filed his motion for leave to proceed in forma pauperis (Doc. 3), he did not provide the financial statement required to support the motion, so the Court issued a notice of deficiency ("NOD") granting him until October 30, 2026 to do so. (Doc. 4.) This matter comes now before the Court on Plaintiff's motion for extension of time to comply with the NOD. (Doc. 5.) The motion will be granted.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's motion for extension of time (**Doc. 5**) is **granted**. Plaintiff is granted until and including **November 30, 2026** to comply with the notice of deficiency (Doc. 4).

**IT IS SO ORDERED.**

Dated October 22, 2026, in Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE